**Frank Levin and Leontine Levin, appellees, v. L. P. Friestedt Company, appellant.    Gen. No. 30,645.**

Trespass. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed June 23, 1926.

Matthias Concannon, for appellant; William H. Dillon, of counsel. Edward H. Morris and James B. Cashin, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Alva Crawford, appellee, v. Chicago, Indianapolis & Louisville Railway Company, appellant.    Gen. No. 30,654.**

Action for personal injuries by negligence. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926. Rehearing denied July 8, 1926.

Winston, Strawn & Shaw, for appellant; John D. Black and E. G. Ince, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee; H. H. Patterson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**In re estate of McKenzie Cleland, deceased.**

**Augusta J. Glendinning, appellee, v. Mary L. Cleland, executrix, appellant.    Gen. No. 30,668.**

Action upon claim against estate of decedent. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

Cleland, Lee & Phelps, for appellant. Solberg, Hummeland & Winans, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Yellow Cab Manufacturing Company, appellee, v. De Luxe Cab Company, appellant.    Gen. No. 30,706.**

Action upon promissory note. Judgment for plaintiff and motion to set aside judgment denied. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926. Rehearing denied July 8, 1926.

Frederick W. Snider and Angus Roy Shannon, for appellant. Samuels, Costello & Greenberg and Harry C. Grossman, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.